In the Matter of the Application of EPHRAIM PRUZAN, Appellant, for an Order Directing the Approval of Petitioner's Application for Licenses to Operate Two Taxicabs in the City of New York, and Directing the Issuance of Said Licenses to Him, against LEWIS J. VALENTINE, Commissioner of Police of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DAVID STONEMAN, Appellant, v. STEPHEN A. LYNCH, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted as to items 2, 3, 9, 12, 15 and 16 of the notice of motion. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROSE NAITOVE, Also Known as Mrs. SAMUEL NAITOVE, and Another, Respondents, Appellants, v. GEORGE K. MORROW and Others, Appellants, Respondents, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MILDRED ELLIS, Respondent, v. JOSEPH ELLIS, Appellant.— Order unanimously modified by reducing the amount of alimony to the sum of thirty dollars per week and counsel fees to $150, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JOHN COX and Others, Appellants, against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, except as to petitioners whose appeals have been withdrawn pursuant to the order of this court entered November 17, 1939. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [See *post*, pp. 795, 869.]

In the Matter of the Application of WILLIAM GREENOUGH for the Issuance of a Subpoena Duces Tecum Directed to EARL J. GAREY to Take Testimony in a Certain Action or Proceeding Pending in the State of Rhode Island. EARL J. GAREY, Appellant; WILLIAM GREENOUGH, Respondent.— The witness should answer any and all questions tending merely to establish the relationship of attorney and client in the New York county probate proceedings. The documents and papers to be produced in connection with his examination should be limited to the same purpose. This, we think, is the clear purport of the order appealed from in the light of Special Term's opinion. We are further of opinion, however, that the witness need not answer questions 106 and 107. They relate to the proceedings in Rhode Island. Order unanimously modified by denying motion to compel answers with respect to questions 106 and 107, and, as so modified, affirmed, with twenty dollars costs and disbursements to the respondent. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.